UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

GORDON P. CONNOR,
GORDON R.P. CONNOR, II,
IAN C. CONNOR,
CATHERINE CONNOR DEBARROS
and PETER H. CONNOR

    Plaintiffs,

v.

DIANE CONNOR,

    Defendant.

Case No: 3:08-CV-562-bbc

**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

IT IS HEREBY AGREED AND STIPULATED by and between counsel:

1. That the above-referenced matter be dismissed in its entirety with prejudice and without costs.

2. That the motion to remand filed by the Plaintiffs is withdrawn.

MALLERY & ZIMMERMAN SC

By: _____  11-10-2008
John B. Wagman (#1036178)        (date)
500 Third Street, #800
P.O. Box 479
Wausau, WI  54402-0479
Tel.: 715-845-8234
Fax: 715-848-1085
Email: jwagman@mzattys.com
**ATTORNEYS FOR PLAINTIFFS**

# EXHIBIT D

STAFFORD ROSENBAUM LLP

By: _____  11/10/08
Brian E. Butler (#1011871)        (date)
Barbara A. Neider (#1006157)
222 W. Washington Ave., Suite 900
P.O. Box 1784
Madison, WI 53701-1784
Tel.: 608-256-0226
Fax: 608-259-2600
Email: bbutler@staffordlaw.com
Email: bneider@staffordlaw.com
**ATTORNEYS FOR DEFENDANT**

## ORDER

Upon consideration of the within stipulation,

IT IS HEREBY ORDERED:

1. That the above-referenced matter be, and hereby is dismissed in its entirety with prejudice and without costs.

2. That the motion to remand filed by the Plaintiffs is withdrawn.

Dated this 11th day of November, 2008.

_____
Honorable Barbara B. Crabb
District Judge